AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Massachusetts

Comcast of Massachusetts III, Inc.
V.
Julie Hoover

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-40257FDS**

TO: (Name and address of Defendant)

Julie Hoover
77 Conant Street
Gardner, MA 01440

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                                    12-14-04
CLERK                                               DATE

_Sherry Jones_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

01/06/2005

I hereby certify and return that on 01/04/2005 at 03:10pm I served a true and attested copy of the Summons & Complaint for Violations of 47 U.S.C. Sec. 553, Civil Cover Sheet, Corporation Disclosure Statement, Case Coversheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of JULIE HOOVER at 77 CONANT ST, GARDNER, MA and by mailing first class mail to the above address on 01/06/2005. Fees: Service 20.00, Travel 22.94, Conveyance 4.50, Attest 10.00 & Postage and Handling 3.00 Total Fees: $60.44

Deputy Sheriff Stephen E Cormier

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                          Signature of Server

                                        _____
                                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.